No. 2704.—CINTRÓN, APLDA., *v.* A. HARTMAN & CO., APLTE. —C. D. Guayama. Feb. 26, 1925. Cumplimiento de contrato.

POR CUANTO la Corte de Distrito de Guayama resolvió este pleito por una sentencia que contiene los siguientes pronunciamientos: "A.—Que el contrato efectuado entre las partes es válido y debe cumplirse de acuerdo con el contenido del mismo; B.—Que las partes demandante y demandada son dueñas respectivamente, de las fincas que justifican sus títulos, teniendo las fincas de la demandante una cabida de trescientas cuarenta cuerdas, y las de la demandada una cabida de trescientas cincuenta y una cuerdas, que dan

un total, según sus títulos, de seiscientas noventa y una cuerdas; C.—Que practicada la mensura de las fincas, ésta arroja en su totalidad una cabida de setecientas nueve cuerdas con siete centavos, existiendo por consiguiente un exceso de diez y ocho cuerdas con siete centavos; D. — Que de acuerdo con dicho contrato debe condenar y condena a la demandada a repartir con la demandante el exceso de diez y ocho cuerdas y siete centavos en parte proporcional a la cabida de sus fincas, según sus títulos; E.—Que no habiéndose justificado debidamente los hechos alegados en la contrademanda, la corte la desestima, sin perjuicio de los derechos de la parte de alegar sus defensas en cualquier otra acción, y F.—Condena a la demandada a pagar a la demandante las costas y honorarios de abogado;

POR CUANTO no conforme la parte demandada apeló, señalando en su alegato la comisión de once errores, a saber: los cuatro primeros al no declararse con lugar las excepciones previas formuladas por la demandada de falta de hechos suficientes, indebida acumulación de acciones y ambigüedad, el quinto al declarar con lugar la demanda, el sexto al admitir como válido el convenio de deslinde, el séptimo al resolver el conflicto de títulos a favor de la demandante, el octavo al no estimar justificada la ineficacia de los títulos de la demandante a ciertas porciones de terreno, el noveno al no considerar justificados los hechos esenciales de la contrademanda, el décimo al no aplicar la doctrina del art. 1232 del Código Civil y el undécimo al imponer las costas a la parte demandada;

POR CUANTO celebrada la vista del recurso, oyéndose a los abogados de ambas partes, y examinados los autos y los alegatos, después de una amplia discusión en el seno de la corte, la mayoría opina que no se han cometido los diez primeros errores señalados, ya que la demanda es suficiente, no existe indebida acumulación de acciones y la prueba demuestra que el convenio celebrado por las partes el 8 de septiembre de 1917 tendió a zanjar y zanjó dificultades que de

antaño existían y en él intervinieron las partes con pleno conocimiento de los antecedentes y al hacerse la mensura en la forma acordada alcanzaron las tierras a cubrir todos los títulos sobrando aún algunas cuerdas, sin que pueda sostenerse de manera enfática y segura que la corte sentenciadora errara al dejar de concluir como pretende la apelante que los títulos de la demandante a la porción de cuarenta y dos cuerdas y a la mayor extensión de la hacienda "Caimital" son ineficaces por tratarse· de las mismas ochenta cuerdas vendidas anteriormente por el causante de la demandante al causante de la demandada, y

Por cuanto no deben imponerse las costas a la parte demandada por no haberse demostrado su temeridad al defenderse, como lo revela el hecho del disentimiento de dos de los jueces de esta corte;

Por tánto se confirma la sentencia apelada, excepción hecha de su pronunciamiento sobre costas que se revoca, debiendo cada parte pagar sus propios gastos.

Los Jueces Asociados Sres. Wolf y Hutchison disintieron.